# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICHARD B. LAY

NO. 2021 KW 0595

**OCTOBER 1, 2021**

---

In Re:    Richard B. Lay, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 11-CR5-112033.

---

**BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

                    **PMc**
                    **JEW**
                    **MRT**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT